In the matter of the claim of Robert LYON, respondent, v. Rose WINDSOR and Robert Davis, employer, and Zurich General Accident & Liability Insurance Company, insurance carrier, appellants. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Motion granted.

John McCAULEY, applt., v. Walter R. STAFFORD and one, respts. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment affirmed with costs. All concur.

Katherine McDERMOTT, respondent, v. Rosa McCABE, appellant; James McCabe, defendant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the verdict is against the weight of the evidence. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

In the Matter of the abrogation of the adoption proceedings of George H. McDEVITT, Catherine McDevitt, and Elmer F. McDevitt, infants under the age of twelve years. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Motion for stay granted, upon condition that the foster parent permit the natural parent to see the children on every Saturday afternoon during the summer months; upon failure to comply with this condition, motion for stay denied. Settle order before Mr. Justice Stapleton.

In the Matter of the application of Anna H. McDONALD et al., etc. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Decree of the Surrogate's Court of Kings County (92 Misc. Rep. 680, 157 N. Y. Supp. 486) affirmed, with costs. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Putnam, JJ., concur.

In the Matter of the judicial settlement of the accounts of Boyd McDOWELL, Casper Decker and Jervis Langdon, as executors of the last will and testament of Robert M. McDowell, deceased. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Motion denied.

Helen McGEE, respondent, v. MANHATTAN BRIDGE THREE–CENT LINE, appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Helen McGEE, respondent, v. MANHATTAN BRIDGE THREE–CENT LINE, appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Motion for leave to appeal to the Court of Appeals denied.

Frank McGURTY, applt., v. DELAWARE L. & W. R. R. Co., respt. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Motion for reargument denied with $10 costs. Motion for leave to appeal to Court of Appeals denied.

Margaret MACK, respondent, v. JOHN WANAMAKER, appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1916.) Judgment and order unanimously affirmed on reargument, with costs. No opinion.

John F. McKEON v. AMOSKEAG MFG. CO. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Application denied, with $10 costs. Order signed.

William W. McLAUGHLIN, Respt., v. Albert I. SIRE, Applt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Owen McLAUGHLIN, Respt., v. T. HOGAN & SONS, Inc., Applt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

In the Matter of the estate of Catherine McMAHON, deceased. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) We think that appellant's default was excusable, and the order should therefore be reversed, without costs, and the motion granted, upon payment of $10 costs by appellants. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

Mary McMANUS, appellant, v. LONG ISLAND RAILROAD COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that plaintiff was entitled to the instruction to the jury that Ward, the motorman, as matter of law, was the servant of the defendant at the time of plaintiff's injury. Jenks, P. J., and Thomas, Carr, Mills, and Putnam, JJ., concur.

McNEIL LUMBER CO., Inc., respt., v. James W. CHASE et al., applts. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment affirmed with costs. All concur.

McNEIL LUMBER CO., Inc., respt., v. James W. CHASE et al., impleaded, etc., applts. Actions Nos. 1 and 2. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Order entered June 15, 1916, amended upon stipulation filed so as to add to record notice of appeal in action No. 2 and so as to affirm the judgments in both actions.

Patrick J. McNULTY v. MAYOR, etc. (two cases). (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motions to dismiss appeals granted, with $10 costs in each. Order filed.